**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E. & J. GALLO WINERY, ) | CV F 03-5412   AWI LJO |
| Plaintiff, ) | |
| ) | ORDER VACATING |
| v. ) | HEARING DATE OF APRIL 28, 2005, AND TAKING |
| ) | MATTER UNDER |
| ENCANA ENERGY SERVICES, INC., ) | SUBMISSION |
| a Delaware corporation, formerly known ) as PANCANADIAN ENERGY ) SERVICES INC.; ENCANA ) CORPORATION, a Canadian ) corporation, formerly known as and ) successor to PANCANADIAN ) ENERGY CORPORATION, ) | |
| Defendants ) | |

On February 9, 2005, defendants EnCana Energy Services, et al. ("Defendants") noticed for hearing and decision a motion to dismiss pursuant to FRCP 12(b)(3), or in the alternative to transfer or dismiss pursuant to FRCP 12(b)(6), or in the alternative to Strike or for summary judgement or summary adjudication ("Motion to Dismiss"). The matter was rescheduled for oral argument to be held on April 28, 2005. The court has preliminarily reviewed the submissions of the parties and has determined, based on the volume and complexity of the materials submitted and on the congested nature of the court's docket at the present time, that the matter must be taken under submission "subject to the power of the Court to reopen the matter for further briefs or oral arguments or both."

1 | Local Rule 78-230(h).

2 |     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 28, 2005, is VACATED, and no party shall appear at that time. As of April 28, 2005, the court will take the matter under submission and will thereafter render a decision or request further briefing or schedule oral argument as appropriate in accordance with Local Rule 78-230(h).

IT IS SO ORDERED.

**Dated:   April 20, 2005**              /s/ Anthony W. Ishii
h2ehf                                                    UNITED STATES DISTRICT JUDGE

2