IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY,<br><br>            Plaintiff,<br><br>    vs.<br><br>ENCANA ENERGY SERVICES,<br>INC., et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-03-5412 AWI LJO<br><br>**ORDER TO FILE PAPERS TO SUPPORT EXPENSES** |

This Court ORDERS the parties' counsel, no later than June 17, 2005, to file and serve their declarations and papers to document and explain their **reasonable** fees and expenses incurred to prepare for and conduct the March 30, 2005, April 13, 2005 and May 17, 2005 evidentiary hearings on plaintiff E. & J. Gallo Winery's sanctions motion regarding the deposition of third-party witness Rick Anderssen. The parties' declarations and papers shall provide sufficient detail to enable this Court to determine specific time devoted to specific tasks, specific billing rates assigned to specific tasks, and specific expenses incurred. The parties' declarations and papers shall specify the total amount of **reasonable** fees and expenses incurred to prepare for and conduct the hearings.

IT IS SO ORDERED.

**Dated:    May 19, 2005**             /s/ Lawrence J. O'Neill
66h44d                                                 UNITED STATES MAGISTRATE JUDGE

1