JOSEPH W. COTCHETT (36324)
BRUCE L. SIMON (96241)
STEVEN N. WILLIAMS (175489)
GLORIA D. SMITH (200824)
**COTCHETT, PITRE, SIMON & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

D. GREG DURBIN (81749)
TIMOTHY J. BUCHANAN (100409)
**McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP**
P.O. Box 28912
5 River Park Place East
Fresno, CA 93729-8912
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

G. KIP EDWARDS (50446)
P.O. Box 1979
Kings Beach, CA 96143
Telephone: (530) 546-5892

Attorneys for Plaintiff
E. & J. GALLO WINERY

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation<br><br>          Plaintiff,<br>     v.<br><br>ENCANA ENERGY SERVICES, INC., a Delaware corporation, formerly known as PANCANADIAN ENERGY SERVICES, INC. and ENCANA CORPORATION, a Canadian corporation, formerly known as and successor to PANCANADIAN ENERGY CORPORATION,<br><br>Defendants. | Case No.:  CV F 03-5412 AWI LJO<br><br>**STIPULATION AND PROPOSED ORDER RE: DEPOSITION OF ENCANA CORPORATION** |

STIPULATION

WHEREAS, counsel for Plaintiff E. & J. Gallo Winery ("Plaintiff") and counsel for Defendants EnCana Corporation and WD Energy Services, Inc. ("Defendants") have met and conferred concerning the deposition pursuant to F.R.C.P. Rule 30(b)(6) of Defendant EnCana Corporation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants EnCana Corporation and WD Energy Services, Inc., through their respective counsel of record herein, that:

1.   The deposition of EnCana Corporation shall resume in a suitable location at 9:00 a.m. on Friday June 3, 2005, at EnCana Corporation's headquarters located in Calgary, Alberta, Canada;

2.   The resumed deposition shall be governed by the Federal Rules of Civil Procedure, Federal Rules of Evidence, and all applicable Eastern District Local Rules, and shall be conducted as if reconvened at the original location for the deposition of EnCana Corporation, in Los Angeles, California;

3.   This Court shall have and retain jurisdiction over any dispute that may arise relating to the resumed deposition; and

4.   Such deposition may be conducted before any court reporter and videographer authorized to serve as a court reporter and videographer at the local of the deposition, that the court reporter is conferred with authority to

administer and place the persons appearing under the oath, and that the deposition as so transcribed and recorded shall be usable to the same extent as if it were conducted before a court reporter and videographer authorized to conduct such deposition in Los Angeles, California.

                                                  Respectfully submitted,

                                                  COTCHETT, PITRE, SIMON & McCARTHY

Dated:  May 27, 2005                          and

                                                  McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

                                          By:              /s/ D. Greg Durbin
                                                D. Greg Durbin
                                               Timothy J. Buchanan
                                        Attorneys for Plaintiff
                                          E. & J. GALLO WINERY

                                                  and

Dated:  May 27, 2005                         GIBSON, DUNN & CRUTCHER

                                         By: /s/ David A. Battaglia
                                          David A. Battaglia
                                          Louis E. Shoch III
                                          Attorneys for Defendants
                                          ENCANA ENERGY SERVICES, INC., and ENCANA CORPORATION

<u>ORDER</u>

The Parties having so stipulated and agreed, and good cause appearing, it is SO ORDERED.

IT IS SO ORDERED.

**Dated:   May 31, 2005**           /s/ Lawrence J. O'Neill

66h44d                UNITED STATES MAGISTRATE JUDGE