UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| E & J GALLO WINERY,<br><br>          Plaintiff,<br><br>     vs.<br><br>ENCANA ENERGY SERVICES, INC.,<br><br>          Defendants.<br>_____/ | **1:03-cv-5412 AWI LJO**<br><br>**ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT**<br>**(L.R. 5-133)** |

TO:   JOSEPH COTCHETT:

YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements.  Such affidavits or certificates are to be filed within 11 days of service of this order.

DATED:  June 23, 2005

                              /s/ Anthony W. Ishii
                              ANTHONY W. ISHII
                              U.S. District Judge