1
2
3
4
5
6
7 **IN THE UNITED STATES DISTRICT COURT**

8 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 E & J GALLO WINERY,                    CASE NO. CV-F-03-5412 AWI LJO

11               Plaintiff,         **ORDER TO CLERK TO FORWARD ORDERS**
                                    **TO STATE BAR OF CALIFORNIA**
12      vs.

13 ENCANA ENERGY SERVICES,
   INC., et al.,
14
               Defendants.
15 _____/

16        Pursuant to California Business and Professions Code section 6086.7(a)(3), this Court is required

17 to notify the State Bar of California of certain of its orders imposing sanctions.  To that end, this Court

18 DIRECTS its clerk to mail and fax the following orders to the State Bar at the address and fax number

19 indicated below:

20        1.     Order on Defendants' Further Discovery Motions, January 28, 2005 (Doc. 370);

21        2.     Order on Plaintiff's Further Discovery Motions, January 28, 2005 (Doc. 371);

22        3.     Order on Plaintiff's Discovery Sanctions Motion Regarding Defendant's Interrogatory

23               Responses, May 11, 2005 (Doc. 466); and

24        4.     Order on Plaintiff's Sanctions Motion Regarding Third-Party Witness (Doc. 486).

25     The State Bar's mailing address is:

26     State Bar of California
       Attn: Ernesto Weber
27     1149 S. Hill Street
       Los Angeles, CA 90015.
28

1

1    The State Bar's fax number is (213) 765-1168.

2    IT IS SO ORDERED.

3    **Dated:    July 11, 2005**                    _____/s/ Lawrence J. O'Neill_____
     66h44d                                         UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2