GIBSON, DUNN & CRUTCHER LLP
David A. Battaglia, SBN 130474
Louis E. Shoch III, SBN 205557
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

SAGASER, FRANSON & JONES
William C. Hahesy, Jr., SBN 105743
2445 Capitol Street
Fresno, California 93721
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330

Attorneys for Defendants,
ENCANA CORPORATION and WD
ENERGY SERVICES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY,<br>a California Corporation<br>    Plaintiff,<br><br>vs.<br><br>ENCANA ENERGY SERVICES, INC., a Delaware corporation, formerly known as PANCANADIAN ENERGY SERVICES, INC.; ENCANA CORPORATION, a Canadian corporation, formerly known as and successor to PANCANADIAN ENERGY CORPORATION,<br>    Defendants. | CASE NO. CV F 03-5412 AWI LJO<br><br>**STIPULATION AND ORDER PERMITTING THE DEPOSITION OF DR. JAMES SWEENEY TO BE TAKEN ON JULY 20, 2005** |

**STIPULATION**

WHEREAS, both E. & J. Gallo Winery ("Plaintiff") and Defendants WD Energy Services Inc. and EnCana Corporation ("Defendants") desire to permit the deposition of Dr. James Sweeney (one of Defendants' experts) to be taken on July 20, 2005;

WHEREAS, given the busy schedules of Dr. Sweeney and counsel, no mutually convenient date was available prior to the July 15, 2005 expert discovery cutoff;

WHEREAS, all counsel and Dr. Sweeney are available on July 20, 2005, five days after the July 15, 2005 expert discovery cutoff;

AND WHEREAS, both parties agree that allowing Dr. Sweeney's deposition to proceed on July 20, 2005 is thus appropriate;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants, through their respective counsel of record herein, that:

1. Dr. Sweeney's deposition will take place on July 20, 2005.

2. The parties jointly request the Court to enter an Order upon the stipulation as set forth below.

DATED: July __, 2005

GIBSON, DUNN & CRUTCHER LLP

By: _____

David A. Battaglia

Attorneys for Defendants,
ENCANA CORPORATION and WD ENERGY SERVICES INC.

COTCHETT, PITRE, SIMON & MCCARTHY

DATED: July __, 2005

By: _____

Steven N. Williams

Attorneys for Plaintiff
E.&J. GALLO WINERY

## ORDER

The Parties having so stipulated and agreed, and good cause appearing, it is

HEREBY ORDERED THAT:

1. The deposition of James Sweeney will take place on July 20, 2005.

IT IS SO ORDERED.

**Dated:   July 15, 2005**               /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES MAGISTRATE JUDGE