UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California Corporation<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENCANA CORPORATION, a Canadian corporation, formerly known as and successor to PANCANADIAN ENERGY CORPORATION; and WD ENERGY SERVICES INC., a Delaware corporation, formerly known as ENCANA ENERGY SERVICES INC., formerly known as PANCANADIAN ENERGY SERVICES INC.,<br><br>　　　　　Defendants. | CASE NO. CV F 03-5412 AWI LJO<br><br>**ORDER TO STAY ENFORCEMENT OF DISCOVERY SANCTION ORDER**<br>(Doc. 542.)<br><br>To be heard by Hon. Lawrence J. O'Neill<br><br>DATE OF FILING<br>OF COMPLAINT:　April 9, 2003 |

Upon the application of Gibson, Dunn & Crutcher LLP and good cause, this Court STAYS its July 5, 2005 discovery sanctions order pending the district judge's resolution of Gibson, Dunn & Crutcher LLP's request for reconsideration.  If the district judge denies the request for reconsideration, this Court GRANTS Gibson, Dunn & Crutcher 10 days to pay sanctions required by the July 5, 2005 discovery sanctions order or to petition the Ninth Circuit Court of Appeals.  If Gibson, Dunn & Crutcher timely pursues such petition, stay of enforcement of the July 5, 2005 discovery sanctions order will remain in effect until 10 days after the Ninth Circuit Court of Appeals rules on the matter.

IT IS SO ORDERED.

**Dated:   August 1, 2005**          **/s/ Lawrence J. O'Neill**

66h44d                                UNITED STATES MAGISTRATE JUDGE