IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| E. & J. GALLO WINERY, | ) | CV F 03-5412   AWI LJO |
| Plaintiff, | ) ) ) | ORDER SEALING DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT RE: AFFIRMATIVE DEFENSES; DEFENDANTS ENCANA CORPORATION AND WD ENERGY SERVICES INC.'S SEPARATE STATEMENT OF DISPUTED FACTS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT RE: AFFIRMATIVE DEFENSES; DECLARATION OF LOUIS E. SHOCH III IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT RE: AFFIRMATIVE DEFENSES AND ALL EXHIBITS ATTACHED THERETO |
| v. | ) | |
| ENCANA ENERGY SERVICES, INC., a Delaware corporation, formerly known as PANCANADIAN ENERGY SERVICES INC.; ENCANA CORPORATION, a Canadian corporation, formerly known as and successor to PANCANADIAN ENERGY CORPORATION, | ) ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

Defenses; Declaration of Louis E. Shoch III in Support of Defendants' Opposition to Plaintff's Motion for Summary Judgment Re: Affirmative Defenses and all exhibits attached thereto (filed August 15, 2005 under seal).

The Court has determined that there is good cause to GRANT the Defendants'

application and to accept the following documents for lodging under seal:

    (a)    Defendants' Opposition to Plaintiff's Motion for Summary Judgment Re: Affirmative Defenses;

    (b)    Defendants EnCana Corporation and WD Energy Services Inc.'s Separate Statement of Disputed Facts in Opposition to Plaintiff's Motion for Summary Judgment Re: Affirmative Defenses; and

    (c)    Declaration of Louis E. Shoch III in Support of Defendants' Opposition to Plaintff's Motion for Summary Judgment Re: Affirmative Defenses and all exhibits attached thereto.

IT IS THEREFORE ORDERED that the foregoing be accepted for lodging under seal.

IT IS SO ORDERED.

**Dated:   August 17, 2005**          /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE

2