IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| E. & J. GALLO WINERY, | ) | CV F 03-5412   AWI LJO |
| | ) | |
| | ) | ORDER SEALING |
| | ) | DEFENDANTS' REPLY BRIEF |
| Plaintiff, | ) | IN SUPPORT OF MOTION |
| | ) | FOR SUMMARY JUDGMENT |
| | ) | OR PARTIAL SUMMARY |
| v. | ) | JUDGMENT ON ISSUES OF |
| | ) | CONSPIRACY AND |
| | ) | ANTITRUST INJURY; |
| | ) | DEFENDANTS' REPLY TO |
| ENCANA ENERGY SERVICES, INC., | ) | GALLO'S STATEMENT OF |
| a Delaware corporation, formerly known | ) | ADDITIONAL FACTS IN |
| as PANCANADIAN ENERGY | ) | CONNECTION WITH |
| SERVICES INC.; ENCANA | ) | DEFENDANTS' MOTION FOR |
| CORPORATION, a Canadian | ) | SUMMARY JUDGMENT ON |
| corporation, formerly known as and | ) | CAUSATION AND BREADTH |
| successor to PANCANADIAN | ) | OF THE ALLEGED |
| ENERGY CORPORATION, | ) | CONSPIRACY; and |
| | ) | DEFENDANTS' RESPONSE |
| Defendants | ) | TO PLAINTIFF'S RESPONSE |
| | ) | TO DEFENDANTS' |
| | ) | SEPARATE STATEMENT OF |
| | ) | UNDISPUTED MATERIAL |
| | ) | FACTS IN SUPPORT OF |
| | ) | MOTION FOR SUMMARY |
| | ) | JUDGMENT |

The Court has considered the Defendants' Application To Lodge Defendants' Reply

Brief in Support of Motion for Summary Judgment or Partial Summary Judgment on Issues of

Conspiracy and Antitrust Injury; Defendants' Reply to Gallo's Statements of Additional Facts

in Connection with Defendants' Motion for Summary Judgment on Causation and Breadth of the Alleged Conspiracy; and Defendants' Response to Plaintiff's Response to Defendants' Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment (filed August 23, 2005 under seal).

The Court has determined that there is good cause to GRANT the Defendants' application and to accept the following documents for lodging under seal:

(a)    Defendants' Reply Brief in Support of Motion for Summary Judgment or Partial Summary Judgment on Issues of Conspiracy and Antitrust Injury;

(b)    Defendants' Reply to Gallo's Statements of Additional Facts in Connection with Defendants' Motion for Summary Judgment on Causation and Breadth of the Alleged Conspiracy;

(c)    Defendants' Response to Plaintiff's Response to Defendants' Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment.

IT IS THEREFORE ORDERED that the foregoing documents be filed under seal.

IT IS SO ORDERED.

**Dated:    August 25, 2005**             **/s/ Anthony W. Ishii**

h2ehf                                                UNITED STATES DISTRICT JUDGE

2