1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| E. & J. GALLO WINERY, | ) | CV F 03-5412   AWI LJO |
| | ) | |
| Plaintiff, | ) | ORDER SEALING EXHIBIT A |
| | ) | OF THE SUPPLEMENTAL |
| v. | ) | DECLARATION OF JULIAN |
| | ) | W. POON IN SUPPORT OF |
| ENCANA ENERGY SERVICES, INC., | ) | DEFENDANTS' MOTION FOR |
| a Delaware corporation, formerly known | ) | SUMMARY JUDGMENT |
| as PANCANADIAN ENERGY | ) | (FILED RATE DOCTRINE |
| SERVICES INC.; ENCANA | ) | AND FEDERAL PREEMPTION) |
| CORPORATION, a Canadian | ) | |
| corporation, formerly known as and | ) | |
| successor to PANCANADIAN | ) | |
| ENERGY CORPORATION, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

The Court has considered the Defendants' Application To File Exhibit A Of The Supplemental Declaration Of Julian W. Poon In Support Of Defendants' Motion For Summary Judgment (Filed Rate Doctrine And Federal Preemption) (filed August 23, 2005) under seal.

The Court has determined that there is good cause to GRANT the Defendants' application and to accept the document identified above under seal.

IT IS THEREFORE ORDERED that the foregoing document be lodged under seal.

IT IS SO ORDERED.

Dated:    **August 25, 2005**              **/s/ Anthony W. Ishii**
h2ehf                                UNITED STATES DISTRICT JUDGE