IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, ) | CV F 03-5412   AWI LJO |
| ) | |
| Plaintiff, ) | ORDER VACATING |
| ) | HEARING DATE OF |
| v. ) | SEPTEMBER 6, 2005 |
| ) | |
| ENCANA ENERGY SERVICES, INC., ) | |
| a Delaware corporation, formerly known ) | |
| as PANCANADIAN ENERGY ) | |
| SERVICES INC.; ENCANA ) | |
| CORPORATION, a Canadian ) | |
| corporation, formerly known as and ) | |
| successor to PANCANADIAN ) | |
| ENERGY CORPORATION, ) | |
| ) | |
| Defendants ) | |
| _____) | |

      Defendants EnCana Corporation and WD Energy Services, Inc. ("Defendants") have filed motions for summary judgment on the issues of filed rate doctrine/preemption and conspiracy/causation. Plaintiff E. & J. Gallo Winery has filed motions for partial summary judgment on the issues of Defendants' affirmative defenses and the liability of EnCana Corporation under agency theory. All these motions were scheduled for oral argument to be held on September 6, 2005.

      Because of the volume of material submitted by the parties, and in consideration of the court's crowded calendar, the court finds it is necessary to reschedule the hearing date for the motions. As of the date of this order, the court has not determined the

date of any subsequent hearing, nor has the court made a final determination as to whether hearings on the various motions will be conducted separately.  The court will notify the parties at least eight (8) days in advance of the date(s) scheduled for hearings on the parties' motions.

        Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 6, 2005, is VACATED, and no party shall appear at that time.


IT IS SO ORDERED.

**Dated:   September 2, 2005**                **/s/ Anthony W. Ishii**
h2ehf                                                        UNITED STATES DISTRICT JUDGE