1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| E. & J. GALLO WINERY, | ) | CV F 03-5412   AWI LJO |
| | ) | |
| Plaintiff, | ) | ORDER VACATING |
| | ) | PRETRIAL CONFERENCE |
| v. | ) | SCHEDULED FOR |
| | ) | SEPTEMBER 20, 2005, AND |
| ENCANA ENERGY SERVICES, INC., | ) | SETTING FURTHER STATUS |
| a Delaware corporation, formerly known | ) | CONFERENCE ON |
| as PANCANADIAN ENERGY | ) | SEPTEMBER 28, 2005 AT 9:00 |
| SERVICES INC.; ENCANA | ) | A.M. |
| CORPORATION, a Canadian | ) | |
| corporation, formerly known as and | ) | |
| successor to PANCANADIAN | ) | |
| ENERGY CORPORATION, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

In this case, a pretrial conference has been scheduled for September 20, 2005.  During

the Month of August, the parties submitted a number of motions for summary judgment and

extensive accompanying documentation, all of which are currently under consideration by the

court.  The court has noted that its dispositions of the various pending motions for summary

judgment may have a significant impact on the issues of whether trial will be necessary and,

if so, what issues, witnesses, and evidence will be relevant to the proceeding.  The court has

therefore determined that postponement of the scheduled pretrial conference is advisable.

In a separate order, the court will issue a tentative memorandum opinion and order on

Defendants' motion for summary judgment on the issues of preemption and filed rate

doctrine.  The court has selected September 28, 2005, at 9:00 a.m. as the time and date for oral argument on this motion.  Following oral argument, the court will conduct a further status conference to determine future dates for pretrial conference or other proceedings as necessary.

THEREFORE, it is hereby ordered that the pretrial conference previously set for September 20, 2005, is hereby VACATED and no party shall appear at that time.  The parties shall appear in Courtroom 3 at 9:00 a.m. on September 28, 2005, for a further status conference.

IT IS SO ORDERED.

**Dated:    September 13, 2005**              **_____/s/ Anthony W. Ishii_____**
h2ehf                                                    UNITED STATES DISTRICT JUDGE

2