**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E. & J. GALLO WINERY,<br><br>    **Plaintiff**,<br><br>  v.<br><br>ENCANA ENERGY SERVICES, INC.,<br>a Delaware corporation, formerly known<br>as PANCANADIAN ENERGY<br>SERVICES INC.; ENCANA<br>CORPORATION, a Canadian<br>corporation, formerly known as and<br>successor to PANCANADIAN<br>ENERGY CORPORATION,<br><br>    **Defendant**s | CV F 03-5412   AWI LJO<br><br>ORDER ANNOUNCING<br>DECISION ON<br>INTERLOCUTORY APPEAL<br>AND DIRECTING PARTIES<br>TO SUBMIT STATEMENT OF<br>NEED FOR FURTHER<br>BRIEFING |

  On October 17, 2005, the court granted the motion of defendants Encana Energy Services, Inc., et al. ("Defendants") for interlocutory appeal of this court's denial of Defendants' motion for summary judgment on the ground of filed rate doctrine and FERC preemption. In the same order the court vacated the trial date and stayed further proceedings pending the decision of the Ninth Circuit Court of Appeal on the interlocutory appeal. It has come to the court's attention that the decision of the Ninth Circuit Court of Appeal has been published. <u>E. & J. Gallo Winery v. Encana Energy</u>, 503 F.3d 1027 (9th Cir. 2007). The Ninth Circuit's opinion affirms this court's denial of Defendants' motion for summary judgment, albeit on narrower grounds than set forth by the court.

     The parties are hereby directed to review the decision of the Ninth Circuit Court of Appeal and to submit to this court a short "Statement of Need for Further Briefing" as to the impact of the Ninth Circuit's opinion on any of the remaining motions for summary judgment or summary adjudication.  Statements of Need for Further Briefing shall be filed and served by both parties not later than Friday, December 14, 2007.  Neither party shall file any brief with the court that addresses the substance of the Ninth Circuit's opinion until the need for further briefing has been assessed by the court and an order for further briefing has issued.

     The Stay that was imposed in this case on October 17, 2005 is hereby LIFTED.

**IT IS SO ORDERED.**

**Dated:**   **November 20, 2007**          /s/ **Anthony W. Ishii**
                                                      UNITED STATES DISTRICT JUDGE