**GIBSON, DUNN & CRUTCHER LLP**
RICHARD P. LEVY, SBN 53980,
  RPLevy@gibsondunn.com
DAVID A. BATTAGLIA, SBN 130474,
  DBattaglia@gibsondunn.com
J. CHRISTOPHER JENNINGS, SBN 226464
  CJennings@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

**LAW OFFICES OF WILLIAM C. HAHESY**
William C. Hahesy, Jr.
  bill@hahesylaw.com
6715 N. Palm Ave., Suite 214
Fresno, CA 93704
Telephone: (559) 579-1230
Facsimile: (559) 279-1231

Attorneys for Defendants
ENCANA CORPORATION AND WD ENERGY
SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENCANA CORPORATION, a Canadian corporation, formerly known as and successor to PANCANADIAN ENERGY CORPORATION; and WD ENERGY SERVICES INC., a Delaware corporation, formerly known as ENCANA ENERGY SERVICES INC., formerly known as PANCANADIAN ENERGY SERVICES INC.,<br><br>　　　　　Defendants. | CASE NO. CV F 03-5412 AWI LJO<br><br>**ORDER TO HOLD FUNDS PAID TO THE COURT IN INTEREST BEARING ACCOUNT** |

PDF created with pdfFactory trial version www.pdffactory.com

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

WHEREAS Gibson, Dunn & Crutcher LLP paid $10,000 to the Clerk for the U.S. District Court for the Eastern District of California on April 1, 2008, check number 888314, pursuant to the Magistrate Judge's July 5, 2005 Order requiring Gibson, Dunn & Crutcher LLP to pay sanctions; and

WHEREAS Gibson, Dunn & Crutcher LLP maintains that the sanctions at issue were erroneously imposed by the Magistrate Judge and that the District Court erred when it denied Gibson, Dunn & Crutcher LLP's request for reconsideration of the July 5, 2005 Order; and

WHEREAS Gibson, Dunn & Crutcher LLP has made such payment under protest and has preserved any rights to seek further review, including its rights to seek U.S. Supreme Court review of the Ninth Circuit's March 19, 2008 Memorandum denying Gibson, Dunn & Crutcher LLP's right to appeal the sanctions order at this time, and to seek further appellate review at the appropriate time of the Magistrate Judge's July 5, 2005 Order and the District Court's August 15, 2005 Memorandum Opinion and Order Denying Defendants' Motion for Reconsideration, and to seek return of the payments with interest;

WHEREAS this Court requires an Order for funds to be held in an interest bearing account;

THEREFORE it is hereby ORDERED that the $10,000 check deposited with this Court by Gibson, Dunn & Crutcher LLP on April 1, 2008, made payable to the Clerk of the U.S. District Court for the Eastern District of California, check number 888314, be held in an interest bearing account until such time that Gibson, Dunn & Crutcher LLP either notifies this Court that it has exhausted all rights of review and no longer has any claim to these funds, or, until such time that Gibson, Dunn & Crutcher LLP notifies this Court of a ruling or decision from a court of these United States entitling

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  Gibson, Dunn & Crutcher LLP to have the $10,000 and any interest earned there from returned to it;
2  Gibson, Dunn & Crutcher shall notify this Court within 30 days of the occurrence of either of these
3  events.

4  DATED: April 11, 2008

                                              /s/ Anothony W. Ishii
                                              Anthony W. Ishii
                                              United States District Court Judge

8  DATED:  April 9, 2008
9  Respectfully submitted by:
10 GIBSON, DUNN & CRUTCHER LLP

12 By:     /s/ J. Christopher Jennings
             J. Christopher Jennings

14 Attorneys for Defendants
   ENCANA CORPORATION AND
15 WD ENERGY SERVICES, INC.

17 100423933_1.DOC

---

2

Gibson, Dunn & Crutcher LLP

**[PROPOSED] ORDER TO HOLD FUNDS PAID TO THE COURT IN INTEREST BEARING ACCOUNT**
CASE NO. CV F 03-5412 AWI LJO

PDF created with pdfFactory trial version www.pdffactory.com