# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY<br><br>Plaintiff(s),<br><br>v.<br><br>ENCANA CORPORATION<br><br>Defendant. | 1: 03 CV 05412 LJO  DLB<br><br>SCHEDULING ORDER (Fed.R.Civ.P 16)<br><br>Discovery Deadline:<br>May 29, 2009<br><br>Daubert Motion Deadlines:<br>   Filing: July 2, 2009<br>   Opposition: July 28, 2009<br>   Reply: August 11, 2009<br>   Hearing: August 31, 2009 at 8:30<br>   Courtroom 4 --3 days<br><br>Pre-Trial Conference:<br>   October 6, 2009 at 8:30 a.m.<br>   Courtroom 4<br><br>Trial:  November 2, 2009 at 8:30 a.m.<br>       Courtroom 4  JT 28 days |

**I.**    **Date of Scheduling Conference**

February 10, 2009.

**II.**    **Appearances of Counsel**

Steven N. Williams and Timothy J. Buchanan appeared on behalf of Plaintiff.

Richard P. Levy, J. Christopher Jennings and William C. Hahesy appeared on behalf of Defendant.

### III. Discovery Plan and Cut-Off Date

The parties are ordered to complete all discovery on or before May 29, 2009.

Defendant is directed to disclose all expert witnesses, in writing, on or before April 1, 2009, and all supplemental experts shall be disclosed on or before April 17, 2009. The written designation of experts shall **be made pursuant to Fed. R. Civ. P. Rule 26(a)(2), (A) and (B) and shall include all information required thereunder.** Failure to designate experts in compliance with this order may result in the Court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this order.

The provisions of Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery relating to experts and their opinions. Experts must be fully prepared to be examined on all subjects and opinions included in the designation. Failure to comply will result in the imposition of sanctions, which may include striking the expert designation and preclusion of expert testimony.

### IV. Pre-Trial Motion Schedule

All *Daubert* Motions shall be filed no later than July 2, 2009; Opposition on or before July 28, 2009 and Reply August 11, 2009 and heard no later than August 31, 2009, in Courtroom 4 before the Honorable Lawrence J. O'Neill, United States District Court Judge. The parties estimate 3 days will be necessary for *Daubert* motions

.
### V. Pre-Trial Conference Date

October 6, 2009 at 8:30 a.m. in Courtroom 4 before Judge O'Neill.

The parties are ordered to file a **Joint Pretrial Statement pursuant to Local Rule 16-281(a)(2).** The parties are further directed to submit a digital copy of their pretrial statement in Word Perfect X3[1] format, directly to Judge O'Neill's chambers by email at LJOOrders@caed.uscourts.gov.

---

[1] If WordPerfect X3 is not available to the parties then the latest version of WordPerfect or any other word processing program in general use for IBM compatible personal computers is acceptable.

Counsels' attention is directed to **Rules 16-281 and 16-282 of the Local Rules** of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference. The Court will insist upon strict compliance with those rules.

**VI.  Trial Date**

November 2, 2009 at 8:30 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neill, United States District Court Judge.

    A.  This is a jury trial.

    B.  Counsels' Estimate of Trial Time: 28 days.

    C.  Counsel's attention is directed to Local Rules of Practice for the Eastern District of California, Rule 16-285.

**VII.  Request for Bifurcation, Appointment of Special Master, or other Techniques to Shorten Trial**

Not applicable at this time.

**VIII.  Related Matters Pending**

There are no pending related matters.

**IX.  Compliance with Federal Procedure**

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

**X.  Effect of this Order**

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be

met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **April 2, 2009**      /s/ **Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE