IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY,<br><br>         Plaintiff,<br><br>    vs.<br><br>ENCANA ENERGY SERVICES, INC., et al.,<br><br>         Defendants.<br>_____ / | CASE NO. CV-F-03-5412 LJO DLB<br><br>**ORDER ON STIPULATION RE MOTIONS IN LIMINE**  (changed from submitted order) |

Having reviewed the Stipulation Regarding Schedule for Motions *in Limine*, the Court finds:

1. Magistrate Judge Dennis L. Beck held a telephonic scheduling conference on February 10, 2009;

2. During the scheduling conference the parties understood that the Court ordered motions *in limine* and *Daubert* motions to proceed on the same briefing and hearing schedule;

3. The Court filed a Scheduling Order on April 3, 2009 that provided a briefing schedule for *Daubert* motions, but did not explicitly reference motions *in limine*; and

4. The parties believe that judicial economy and convenience will be served if the motions *in limine* proceed on the same briefing schedule as *Daubert* motions.

1

IT IS HEREBY ORDERED as follows:

The schedule set by this Court in its Scheduling Order filed April 3, 2009 for the briefing and hearing of *Daubert* motions shall also apply to motions *in limine* brought by both parties. The briefing and hearing schedule for motions *in limine* shall be as follows:

(a) Motions *in limine* shall be served on or before July 2, 2009 and filed promptly thereafter;

(b) Oppositions to such motions shall be served on or before July 28, 2009 and filed promptly thereafter;

(c) Replies to such oppositions shall be filed and served on or before August 11, 2009;

(d) Argument relating to such motions shall be heard during the three day hearing scheduled to begin on August 31, 2009.

The Court DENIES the request of the parties to reserve a right to file additional motions in limine. In addition, the parties are directed to meet and confer prior to filing any motions in limine to resolve motions which do not need Court determination. Further, the motions should be straightforward, limited and only those which are essential for the Court to decide.

The Court notes that the Pretrial Conference is set for October 6, 2009 and trial is set for November 2, 2009, which leaves less than a month before trial. The Court notes that during this time frame that the parties must meet and confer as to exhibits, verdict, instructions, voir dire, among other things, and submit pretrial documents to the Court well in advance of trial to permit sufficient time for the Court to be prepared. The parties are forewarned that the Court will hold them strictly to the time frames set in the Pretrial Order. Should the parties desire an earlier pretrial conference, the Court will accommodate that request.

IT IS SO ORDERED.

**Dated:    June 18, 2009**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE