IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY, | CASE NO. CV F 03-5412 LJO DLB |
| Plaintiff, | **ORDER TO PROHIBIT REPLY PAPERS** |
| vs. | |
| ENCANA ENERGY SERVICES, INC., et al., | |
| Defendants. | |

United States Magistrate Judge Dennis Beck issued orders (docs. 731 and 737) to set an August 11, 2009 deadline to file reply papers for motions in limine and *Daubert* motions. This Court does not consider reply papers for motions in limine and *Daubert* motions. As such, this Court VACATES the portions of the orders (docs. 731 and 737) regarding reply papers. This Court will strike and not consider reply papers, especially given the overburdened record before this Court.

IT IS SO ORDERED.

**Dated:   July 9, 2009**                     /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1