**GIBSON, DUNN & CRUTCHER LLP**
RICHARD P. LEVY, SBN 53980,
    RPLevy@gibsondunn.com
JAMES P. FOGELMAN, SBN 161584,
    JFogelman@gibsondunn.com
J. CHRISTOPHER JENNINGS, SBN 226464,
    CJennings@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

**LAW OFFICES OF WILLIAM C. HAHESY**
WILLIAM C. HAHESY, JR., SBN 105743,
    Bill@hahesylaw.com
225 W. Shaw Avenue, Suite 105
Fresno, California 93704
Telephone: (559) 579-1230
Facsimile: (559) 279-1231

Attorneys for Defendants
ENCANA CORPORATION and
WD ENERGY SERVICES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California Corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>ENCANA CORPORATION, a Canadian corporation, formerly known as and successor to PANCANADIAN ENERGY CORPORATION; and WD ENERGY SERVICES INC., a Delaware corporation, formerly known as ENCANA ENERGY SERVICES INC., formerly known as PANCANADIAN ENERGY SERVICES INC.,<br><br>                    Defendants. | CASE NO. CV F 03-5412 LJO DB<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE TESTIMONY AND REPORT OF DESIGNATED EXPERT WITNESS RANDALL HEEB**<br><br>Hearing Date:      August 31, 2009<br>Hearing Time:      8:30 a.m.<br>Hearing Place:     Courtroom 4<br><br>Hon. Lawrence J. O'Neill |

1   This matter came to be heard on motion of Defendants WD Energy Services Inc. and EnCana
2   Corporation for an order directing that certain materials designated confidential pursuant to the
3   Amended Stipulated Protective Order governing discovery in this litigation be filed under seal.  The
4   Court, having reviewed the arguments of counsel, rules that Defendants' Brief in Opposition To
5   Plaintiff's Motion *In Limine* No. 1 To Exclude Testimony And Report of Designated Expert Witness
6   Randall Heeb meets the standards required for confidential treatment by the Amended Stipulated
7   Protective Order and governing law, as the document contains quotes from, details, and discussions
8   of material designated confidential by Third Party Intelligence Press Inc. pursuant to the Amended
9   Stipulated Protective Order.

10   This document has been sealed until further order of the Court.  IT IS SO ORDERED.

12   DATED: July 28, 2009            /s/ Lawrence J. O'Neill
13                                   Hon. Lawrence J. O'Neill
                                     United States District Judge
14                                   For the Eastern District of California