IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY,<br><br>            Plaintiff,<br><br>    vs.<br><br>ENCANA ENERGY SERVICES,<br>INC., et al.,<br><br>            Defendants.<br>_____ / | CASE NO. CV F 03-5412 LJO DLB<br><br>**ORDER TO SET SETTLEMENT CONFERENCE**<br><br>Date:  September 21, 2009<br>Time:  9 a.m.<br>Dept.:  9 (DLB) |

Due to the length of trial, this Court's staff will need to devote dozens of hours to pre-question potential jurors to ascertain their availability to serve. To attempt to preserve its resources, this Court concludes that a settlement conference is in order.

To that end, this Court sets a settlement conference for **September 21, 2009 at 9 a.m.** in Department 9 (DLB) before United States Magistrate Judge Dennis L. Beck. Unless otherwise permitted in advance by the Court, the attorneys who will try the case and who have principal roles in settlement negotiations shall appear at the settlement conference with the parties and the person or persons having full authority to negotiate and settle the case, on any terms, at the conference.

**No later than September 15, 2009**, each party shall submit directly to the settlement conference judge's chambers a confidential settlement conference statement. This statement should neither be filed with the clerk of the Court nor served on any other party. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the settlement conference indicated prominently. Counsel

are urged to request the return of their statements.  If such request is not made, the Court will dispose of the statement.

The confidential settlement conference statement shall include the following:

A. A brief statement of the facts of the case;

B. A brief statement of the claims and defenses (i.e., statutory or other grounds upon which the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute;

C. A summary of the proceedings to date;

D. An estimate of the cost and time to be expended for further pretrial and trial matters;

E. The relief sought; and

F. The party's position on settlement, **including the amount which or otherwise what the party will accept to settle, realistic settlement expectations**, present demands and offers, and a history of past settlement discussions, offers, and demands.

IT IS SO ORDERED.

**Dated:    September 4, 2009**               /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE