**GIBSON, DUNN & CRUTCHER LLP**
RICHARD P. LEVY, SBN 53980,
    RPLevy@gibsondunn.com
JAMES P. FOGELMAN, SBN 161584,
    JFogelman@gibsondunn.com
J. CHRISTOPHER JENNINGS, SBN 226464,
    CJennings@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

**LAW OFFICES OF WILLIAM C. HAHESY**
WILLIAM C. HAHESY, JR., SBN 105743
    Bill@hahesylaw.com
225 W. Shaw Avenue, Suite 105
Fresno, California 93704
Telephone: (559) 579-1230
Facsimile: (559) 279-1231

Attorneys for Defendants
ENCANA CORPORATION and
WD ENERGY SERVICES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>ENCANA CORPORATION, a Canadian corporation, formerly known as and successor to PANCANADIAN ENERGY CORPORATION; and WD ENERGY SERVICES INC., a Delaware corporation, formerly known as ENCANA ENERGY SERVICES INC., formerly known as PANCANADIAN ENERGY SERVICES INC.,<br><br>                Defendants. | CASE NO. CV F 03-5412 LJO DLB<br><br>**DEFENDANTS' NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:     September 21, 2009<br>Time:    9:00 a.m.<br>Place:    Dept. 9<br><br>Trial Date:  November 2, 2009 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 16-270(d), Defendants EnCana Corporation and WD Energy Services Inc. hereby give notice that they submitted a Confidential Settlement Conference Statement directly to the chambers of United States Magistrate Judge Dennis L. Beck pursuant to this Court's September 4, 2009 Order to Set Settlement Conference (Docket No. 881). The Statement is confidential pursuant to federal and state law. *See* Fed. R. Evid. 408; E.D. Cal. L.R. 16-270; Cal. Evid. Code § 1115 *et seq*. Pursuant to L.R. 16-270(e), Defendants request the return of the Statement at the appropriate time after the September 21, 2009 settlement conference.

DATED: September 15, 2009

GIBSON, DUNN & CRUTCHER LLP
Richard P. Levy
James P. Fogelman
J. Christopher Jennings

LAW OFFICES OF WILLIAM C. HAHESY
William C. Hahesy, Jr.

By: /s/ Richard. P. Levy
      Richard P. Levy

Attorneys for Defendants
ENCANA CORPORATION and
WD ENERGY SERVICES INC.

100726835_1.DOC