UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & J GALLO WINERY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ENCANA ENERGY SERVICES,<br>INC., et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 03-5412 LJO DLB<br><br>**ORDER AFTER SETTLEMENT** |

　　　The parties have informed this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than October 26, 2009, to file papers to dismiss this action in its entirety, or to show cause why settlement has not been completed to permit dismissal of this action.

　　　This Court VACATES all court dates and pending matters, including the October 6, 2009 pretrial conference and November 2, 2009 trial.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

　　　IT IS SO ORDERED.

**Dated:　September 24, 2009**　　　　　　　／s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE