**COTCHETT, PITRE & McCARTHY**
Frank M. Pitre, SBN 100077
    fpitre@cpmlegal.com
Steven N. Williams, SBN 175489
    swilliams@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-3606

Attorneys for Plaintiff
E. & J. GALLO WINERY

**GIBSON, DUNN & CRUTCHER LLP**
RICHARD P. LEVY, SBN 53980,
    RPLevy@gibsondunn.com
JAMES P. FOGELMAN, SBN 161584,
    JFogelman@gibsondunn.com
J. CHRISTOPHER JENNINGS, SBN 226464,
    CJennings@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendants
ENCANA CORPORATION AND WD ENERGY SERVICES, INC.

[Other Counsel of Record Set Forth On Last Page]

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California Corporation,<br>    Plaintiff,<br><br>v.<br><br>ENCANA CORPORATION, a Canadian corporation, formerly known as and successor to PANCANADIAN ENERGY CORPORATION; and WD ENERGY SERVICES INC., a Delaware corporation, formerly known as ENCANA ENERGY SERVICES INC., formerly known as PANCANADIAN ENERGY SERVICES INC.,<br>    Defendants. | CASE NO. CV F 03-5412 LJO-DLB<br><br>Hon. Lawrence J. O'Neill<br><br>**[PROPOSED] ORDER AND STIPULATION DISMISSING WITH PREJUDICE THE ACTION INCLUDING THE COMPLAINT AND THE FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between Plaintiff E. & J. Gallo Winery and Defendants EnCana Corporation and WD Energy Services Inc., and through their respective counsel of record, that this Action, the Complaint, and the First Amended Complaint shall be and hereby are dismissed with prejudice and in their entirety as to all parties. The sole exception is that this Stipulation of Dismissal shall not affect the rights of Defendants or Gibson, Dunn & Crutcher LLP to appeal this Court's Order on Plaintiff's Sanctions Motion Regarding Third Party Witness dated July 5, 2005 issued by then-Magistrate Judge Lawrence J. O'Neill, and the Memorandum, Opinion and Order Denying Defendants' Motion for Reconsideration of Magistrate Judge's Award of Monetary Sanctions Against Defendants dated August 15, 2005 issued by Judge Anthony W. Ishii, which rights are expressly preserved. It also does not affect the rights of Plaintiff or its counsel to oppose any such appeal, which rights are expressly preserved.

DATED: October 15, 2009

COTCHETT, PITRE & McCARTHY

By: _____
Frank M. Pitre
Attorneys for Plaintiff
E. & J. GALLO WINERY

DATED: October 16, 2009

GIBSON, DUNN & CRUTCHER LLP

By: _____
Richard P. Levy
Attorneys for Defendants
ENCANA CORPORATION and WD ENERGY SERVICES, INC.

**ORDER**

IT IS SO ORDERED.

DATED: October __, 2009

_____
The Honorable Lawrence J. O'Neill
United States District Judge

1 | **McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP**
2 | D. GREG DURBIN, SBN 81749
    greg.durbin@mccormickbarstow.com
3 | TIMOTHY J. BUCHANAN, SBN 100409
    tim.buchanan@mccormickbarstow.com
4 | P.O. Box 28912
5 River Park Place East
5 | Fresno, California 93729-8912
Telephone: (559) 433-1300
6 | Facsimile: (559) 433-2300

7 | G. KIP EDWARDS, SBN 50446
    kedwards@ltol.com
8 | P.O. Box 1979
Kings Beach, California 96143
9 | Telephone: (530) 546-5892

10 | Attorneys for Plaintiff
E. & J. GALLO WINERY

12 | **LAW OFFICES OF WILLIAM C. HAHESY**
William C. Hahesy, Jr., SBN 105743
13 |     bill@hahesylaw.com
225 W. Shaw Avenue, Suite 105
14 | Fresno, CA 93704
Telephone: (559) 579-1230
15 | Facsimile: (559) 279-1231

16 | Attorneys for Defendants
ENCANA CORPORATION AND WD ENERGY
17 | SERVICES, INC.

18 | 100734112_2.DOC