**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E. & J. GALLO WINERY, ) <br> ) <br> **Plaintiff**, ) <br> ) <br> v. ) <br> ) <br> ENCANA CORPORATION, a Canadian ) <br> corporation, formerly known as and ) <br> successor to PANCANADIAN ) <br> ENERGY CORPORATION; and WD ) <br> ENERGY SERVICES INC., a Delaware ) <br> corporation, formerly known as ) <br> ENCANA ENERGY SERVICES, INC., ) <br> formerly known as PANCANADIAN ) <br> ENERGY SERVICES INC., ) <br> ) <br> **Defendant**s ) <br> _____) | 1:03-CV-5412 LJO DLB <br><br> **ORDER DISMISSING WITH PREJUDICE THE ACTION, INCLUDING THE COMPLAINT AND THE FIRST AMENDED COMPLAINT** |

On October 20, 2009, the parties filed a stipulation and proposed order for dismissal with prejudice of this action, including the complaint and the first amended complaint.

The stipulation is made pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between Plaintiff E. & J. Gallo Winery and Defendants EnCana Corporation and WD Energy Services Inc., and through their respective counsel of record. The parties stipulate that this action, the complaint, and the first amended complaint shall be and hereby are dismissed with prejudice and in their entirety as to all parties. The sole exception is that this stipulation of dismissal shall not affect the rights of Defendants or Gibson, Dunn & Crutcher LLP to appeal this Court's Order on Plaintiff's Sanctions Motion Regarding Third Party

Witness dated July 5, 2005 issued by then-Magistrate Judge Lawrence J. O'Neill, and the Memorandum, Opinion and Order Denying Defendants' Motion for Reconsideration of Magistrate Judge's Award of Monetary Sanctions Against Defendants dated August 15, 2005 issued by Judge Anthony W. Ishii, which rights are expressly preserved. It also does not affect the rights of Plaintiff or its counsel to oppose any such appeal, which rights are expressly preserved.

IT IS SO ORDERED.

Dated:   **October 20, 2009**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE